# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

JESSE PETTAWAY, JR., :
AIS 130451,
:
   Petitioner,
:
vs.     CA 11-0258-WS-C
:
KENNETH JONES,
:
   Respondent.

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated May 31, 2011 is **ADOPTED** as the opinion of this Court.

**DONE** this 30th day of June, 2011.

                                              s/WILLIAM H. STEELE
                                              CHIEF UNITED STATES DISTRICT JUDGE