# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| JESSE PETTAWAY, JR., <br> AIS 130451, <br><br> Petitioner, <br><br> vs. <br><br> KENNETH JONES, <br><br> Respondent. | : <br> : <br> : <br> : CA 11-0258-WS-C <br> : <br> : <br> : |

## **JUDGMENT**

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the present habeas corpus petition, filed pursuant to 28 U.S.C. § 2254, be dismissed with prejudice due to petitioner's failure to comply with 28 U.S.C. § 2244(b)(3)(A). Pettaway is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal *in forma pauperis*.

**DONE** this 30th day of June, 2011.

                                                        s/WILLIAM H. STEELE
                                                      CHIEF UNITED STATES DISTRICT JUDGE